UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

**Case No.:** 2:26-cv-09509-AH-BFM **Date:** October 20, 2026

**Title:** Athena Beleauxn v. Breezae Weeks, et al.

==========================================================

Present: The Honorable Brianna Fuller Mircheff, United States Magistrate Judge

| | |
|---|---|
| Christianna Howard | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings: (In Chambers) Order to Show Cause re: Failure to Prosecute**

On September 11, 2026, the Court dismissed the Complaint with leave to amend. (ECF 7.) The Court ordered Plaintiff to file a First Amended Complaint no later than October 13, 2026. (ECF 7.) As of today's date, Plaintiff has not done so.

Accordingly, **no later than November 3, 2026,** Plaintiff is ordered to show cause (to explain in writing) why this action should not be dismissed without prejudice for failure to prosecute and to follow Court orders. Filing a First Amended Complaint will be deemed compliance with this Order to show cause. If she fails to respond, **the Court will recommend to the assigned District Judge that the action be dismissed without prejudice for failure to prosecute and to follow Court orders**.

cc: Athena Beleauxn, pro se

Initials of Preparer: ch